IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROY MILLER<br><br>Plaintiff,<br><br>v.<br><br>AMY TYLER LOUTHAN,<br><br>Defendant. | Civil No.  3:22-cv-01538 (MAJ)<br><br><br><br>TORTS |

**MOTION TO RESTRICT**

**TO THE HONORABLE COURT:**

NOW COMES plaintiff Roy Miller ("Roy"), through the undersigned attorney, and very respectfully STATES and PRAYS as follows:

1. Today Roy filed a motion requesting an order ("Motion").  Dkt. 25.

2. The Motion provides details of confidential health information; thus we request that said Motion be only available to the parties in the present case.

**WHEREFORE**, this Honorable Court should grant this motion and declare that Dkt. 25 is restricted to case participants.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this April 17, 2023.

<u>s/ Santiago Soler Martinez</u>
**Santiago Soler Martinez**
**USDC-PR 302512**
PMB 117, 100 Grand Paseo Blvd. Ste. 112
San Juan, PR 00926-5955
Tel. 787-525-5781
ssoler@ssmlawpr.com

**CERTIFICATE OF SERVICE**

I CERTIFY that today I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

Dated: April 17th, 2023.

s/ Santiago Soler Martinez<br>
**Santiago Soler Martinez**<br>
**USDC-PR 302512**<br>
PMB 117, 100 Grand Paseo Blvd. Ste. 112<br>
San Juan, PR 00926-5955<br>
Tel. 787-525-5781<br>
ssoler@ssmlawpr.com